| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT | 86-85 |
| WESTERN DISTRICT OF PENNSYLVANIA | msch |

In re:  Bankruptcy Case No.:01-31422−JAD
Doc. # 85
Chapter: 13
Hearing Date: 3/2/11 at 9:30 AM

**Daniel E. Egan**    Deborah J. Egan
  Debtor(s)

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the  5th  day of  February ,  2011  I served a copy of the within **Order together with the Motion/Amendment/Objection to Claim** filed in this proceeding, by (describe the mode of service):

**01-31422-JAD Notice will be electronically mailed to:**
Reed J. Davis on behalf of Creditor Mellon Bank, N.A.
rjd@ddapc.com, lad@ddapc.com

Jardanian L. Josephs on behalf of Creditor Bank of America Corporation
jardanianjosephs@hotmail.com, jljosephs@gmail.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

**01-31422-JAD Notice will sent first class mail to:**
U.S. Attorney
Western District of Pennsylvania
US Post Office & Courthouse
700 Grant St., Ste 400
Pittsburgh, PA 15219

Office of the U.S. Trustee
Liberty Center
1001 Liberty Ave, Suite 970
Pittsburgh, PA 15222

Daniel E. Egan and Deborah J. Egan
1051 Pitcairn Avenue
Pitcairn, PA 15140

Fairbanks Capital Corp.
The Loan Servicing Center

Attn: Remittance Processing
P.O. Box 9001710
Louisville, KY 40290-1710

Michael G. McCabe on behalf of Creditor Allegheny County
1424 Frick Building
Pittsburgh, PA 15219

Pennsylvania Higher Education Assistance Agency
1200 N. Seventh Street
Harrisburg, PA 17102-1444

Sallie Mae Servicing Corporation
PO Box 9500
Wilkes Barre, PA 18773-9500

Mai Thor on behalf of Creditor ECMC
Education Credit Management Corp. (ECMC)
P.O. Box 8809
Richmond, VA 23225

Wilshire Financial Services
P.O. Box 8517
Portland, OR 97207-8517


Executed on: <u>Feb. 5, 2011</u>  By:   <u>/s/ Jardanian Josephs</u>
              (Date)      Signature

                                         <u>Jardanian Josephs</u>
                                         Typed Name

                                         PO Box 22144
                                         <u>Pittsburgh, PA 15222</u>
                                         Address

                                         <u>412-979-0552</u>
                                         Phone No.

                                         <u>88667 - PA</u>
                                         List Bar I.D. and State of Admission